UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALLEN GOLDSMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> A. K. SCRIBNER, ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | 1:05-CV-00444-OWW-WMW-HC <br><br> ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC TO JULY 10, 2006 <br> (DOCUMENT #17) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 28, 2006, petitioner filed a request to extend time to file a response to the motion to dismiss. On July 24, 2006, and during the pendency of this request, respondent submitted his response to the motion to dismiss. Accordingly, the request for an extension of time is GRANTED nunc pro tunc to July 10, 2006.

IT IS SO ORDERED.

**Dated:  July 25, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE