UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALLEN GOLDSMITH,<br><br>    Petitioner,<br><br> v.<br><br>A. K. SCRIBNER,<br><br>    Respondent.<br>_____/ | CV F 05-0444 LJO WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS<br><br>[Doc. 14, 27] |

  Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On February 13, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on March 15, 2007.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case.  See <u>Britt v. Simi Valley Unified School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations

1  to be supported by the record and by proper analysis.

2      Based on the foregoing, it is HEREBY ORDERED that:

3  1)    Respondent's motion to dismiss is GRANTED;

4  2)    Grounds 1,3, 4, 5, 6, and 7 are DISMISSED as barred by the statute of limitations;

5  3)    Ground 2 is DISMISSED under Rule 4 for failure to state a claim;

6  4)    The Clerk of the Court is directed to enter judgment for Respondent and close this case.

9      IT IS SO ORDERED.

10  **Dated:   March 22, 2007**          **/s/ Lawrence J. O'Neill**
    b9ed48                                    UNITED STATES DISTRICT JUDGE